IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LANCE THORNTON                          )
                                        )
                Plaintiff,              )       CIVIL ACTION NO. 25-65E
                                        )
        v.                              )       SUSAN P. BAXTER
                                        )       U.S. DISTRICT JUDGE
UNITED STATES OF AMERICA; CITY          )
OF ERIE, PENNSYLVANIA d/b/a ERIE        )
POLICE DEPARTMENT; ERIE POLICE          )
OFFICER ANTHONY ATTALLA; ERIE           )
POLICE OFFICER NICK                     )
BERNATOWICZ; ERIE POLICE                )
OFFICER IRA BUSH; ERIE POLICE           )
OFFICER/USMS TFO STEVEN DELUCA;         )
ERIE POLICE OFFICER NICO                )
FIORAVANTI; ERIE POLICE OFFICER         )
HAYDEN FOLTZ; ERIE POLICE               )
OFFICER/USMS TFO RYAN ONDERKO;          )
ERIE POLICE OFFICER ARTHUR              )
RHOADES; ERIE COUNTY DETECTIVE/         )
USMS TFO MARK ROSENTHAL; ERIE           )
POLICE OFFICER/FBI TFO JASON            )
RUSSELL; ERIE POLICE OFFICER JAKE       )
SACK; ERIE POLICE OFFICER DAN           )
SHIELDS; ERIE POLICE OFFICER            )
DONALD SORNBERGER; ERIE POLICE          )
OFFICER STEVEN UPLINGER; ERIE           )
POLICE OFFICER JOSH VOGEL; ERIE         )
POLICE OFFICER/FBI TFO JASON            )
WILSON; DEPUTY U.S. MARSHAL             )
STEPHEN BARNES; USMS TFO JESSE          )
BAYLE; USMS TFO MICHAEL DAVIS;          )
PENNSYLVANIA STATE TROOPER/             )
USMS TFO JESSE KING; UNKNOWN            )
ERIE POLICE OFFICER                     )
(BADGE NO. 393); UNKNOWN ERIE           )
POLICE OFFICER (BADGE NO. 350);         )
UNKNOWN ERIE POLICE OFFICE              )
(BADGE NO. UNKNOWN) a/k/a               )
"RUSSELL" and/or "RUSS"; UNKNOWN        )
ERIE POLICE OFFICER                     )
(BADGE NO. 436); UNKNOWN USMS           )
TFO (BADGE NO. UNKNOWN) a/k/a           )

1

"TFO BAYLE"; UNKNOWN USMS TFO )
(BADGE NO. 5791); UNKNOWN            )
PENNSYLVANIA STATE TROOPER    )
(BADGE NO. 12547) a/k/a "JESSE"; AND )
JOHN DOES 1-10,                              )          *(Electronic Filing)*
                                                     )
                        Defendants.            )

### MOTION TO DISMISS PLAINTIFF'S COMPLAINT

AND NOW, comes Defendants, United States of America, Michael Davis, Jesse King[1],

Ryan Onderko[2], and Mark Rosenthal, by their attorneys, Troy Rivetti, First Assistant United States

Attorney for the Western District of Pennsylvania, by delegation, and Samantha Stewart, Assistant

United States Attorney for said district, and, pursuant to Rule 12(b) of the Federal Rules of Civil

Procedure, respectfully move the Court to issue an Order dismissing the Complaint of Plaintiff.

Defendants' Motion is based on the facts, law, and argument contained in the accompanying Brief

in Support of the Motion to Dismiss.

WHEREFORE, for the foregoing reasons and those contained in Defendants'

contemporaneously filed Brief in Support of Motion to Dismiss, the United States of America,

Michael Davis, Jesse King, Ryan Onderko, and Mark Rosenthal, respectfully request that the Court

grant the instant Motion and enter the attached proposed Order dismissing Plaintiff's Complaint.

---

[1] Plaintiff refers to both TFO King and "Unknown Pennsylvania State Trooper (Badge No. 12547)" as two different individuals. However, TFO King's Badge Number is 12547, and these Defendants' filings shall correctly refer to "Unknown Pennsylvania State Trooper (Badge No. 12547)" as "TFO King".

[2] Counsel for Plaintiff and the Erie Defendants have agreed to dismiss Defendants Onderko and Rosenthal, without prejudice. However, as such dismissal would be without prejudice, the within motion is filed to seek their dismissal from this matter **with prejudice**.

2

TROY RIVETTI
First Assistant United States Attorney


*s/ Samantha A. Stewart*
SAMANTHA A. STEWART
Assistant U.S. Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
412-894-7562
Samantha.stewart@usdoj.gov
PA ID No. 310068

*Counsel for Defendants United States,*
*Davis, King, Onderko, and Rosenthal*

## <u>CERTIFICATE OF CONFERRAL</u>

Undersigned hereby certifies that counsel for Defendant, United States of America, Michael Davis, Jesse King, Ryan Onderko, and Mark Rosenthal contacted Plaintiff's counsel, by email and telephone on multiple occasions to discuss the respective positions of the parties. Ultimately, the issues raised in the motion were not able to be resolved through an agreement to amend Plaintiff's Complaint.

TROY RIVETTI
First Assistant United States Attorney


*s/ Samantha A. Stewart*
SAMANTHA A. STEWART
Assistant U.S. Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
412-894-7562
Samantha.stewart@usdoj.gov
PA ID No. 310068

*Counsel for Defendants United States,*
*Davis, King, Onderko, and Rosenthal*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January, 2026, a true and correct copy of the within Motion to Dismiss Plaintiff's Complaint was served via EM/ECF to and upon the following:

Sara J. Watkins, Esquire
D. Aaron Rihn, Esquire
Robert F. Daley, Esquire
Robert Peirce & Associates, P.C.
437 Grant Street, Suite 1100
Pittsburgh, PA 15219
*Counsel for Plaintiff*

Patrick M. Carey, Esquire
Emily Claire Downing, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
717 State Street, Suite 701
Erie, PA 16501

*/s/ Samantha A. Stewart*
SAMANTHA A. STEWART
Assistant U.S. Attorney

5