**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LANCE THORNTON,                                Case No.: 1:25-cv-65-SPB

       Plaintiff,

v.

UNITED STATES OF AMERICA; CITY OF ERIE, PENNSYLVANIA d/b/a ERIE POLICE DEPARTMENT; ERIE POLICE OFFICER ANTHONY ATTALLA; ERIE POLICE OFFICER MIKE ATTALLA; ERIE POLICE OFFICER NICK BERNATOWICZ; ERIE POLICE OFFICER IRA BUSH; ERIE POLICE OFFICER/USMS TFO STEVEN DELUCA; ERIE POLICE OFFICER NICO FIORAVANTI; ERIE POLICE OFFICER HAYDEN FOLTZ; ERIE POLICE OFFICER/ USMS TFO RYAN ONDERKO; ERIE POLICE OFFICER ARTHUR RHOADES; ERIE COUNTY DETECTIVE/USMS TFO MARK ROSENTHAL; ERIE POLICE OFFICER/FBI TFO JASON RUSSELL; ERIE POLICE OFFICER JAKE SACK; ERIE POLICE OFFICER DAN SHIELDS; ERIE POLICE OFFICER DONALD SORNBERGER; ERIE POLICE OFFICER STEVEN UPLINGER; ERIE POLICE OFFICER JOSH VOGEL; ERIE POLICE OFFICER/FBI TFO JASON WILSON; DEPUTY U.S. MARSHAL STEPHEN BARNES; USMS TFO JESSE BAYLE; USMS TFO MICHAEL DAVIS; PENNSYLVANIA STATE TROOPER/ USMS TFO JESSE KING; UNKNOWN ERIE POLICE OFFICER (BADGE NO. 393); UNKNOWN ERIE POLICE OFFICER (BADGE NO. 350); UNKNOWN ERIE POLICE OFFICER (BADGE NO. UNKNOWN) a/k/a "RUSSEL" and/or "RUSS"; UNKNOWN ERIE POLICE OFFICER (BADGE NO. 436); UNKNOWN USMS TFO (BAGDE NO. UNKNOWN) a/k/a "TFO BAYLE"; UNKNOWN USMS TFO

1

(BADGE NO. 5791); UNKNOWN PENNSYLVANIA STATE TROOPER (BADGE NO. 12547) a/k/a "JESSE"; AND JOHN DOES 1-10,

Defendants.

## PLAINTIFF'S MOTION FOR DISMISSAL AS TO CERTAIN DEFENDANTS

AND NOW, COMES the Plaintiff, Lance Thornton, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(2), moves this Honorable Court to dismiss certain Defendants:

1.     After the initiation of this matter, counsel for Defendants has served Plaintiff with affidavits from several officers named in the Complaint, asserting their non-involvement in the incident giving rise to this matter. Accordingly, Plaintiff seeks to dismiss the following Defendants without prejudice from this action:

        a.  Erie Police Officer Ira Bush;

        b.  Erie Police Officer Josh Vogel;

        c.  Erie Police Officer Nick Bernatowicz;

        d.  Erie Police Officer Dan Shields;

        e.  Erie Police Officer Anthony Attalla;

        f.  Erie Police Officer Arthur Rhoades;

        g.  Erie Police Officer Steven Uplinger;

        h.  Erie Police Officer Mike Attalla;

        i.  Erie Police Officer Hayden Foltz;

        j.  Erie Police Officer Nico Fioravanti;

        k.  Erie County Detective/USMS TFO Mark Rosenthal;

2

l.  Erie Police Officer/USMS TFO Ryan Onderko;

m.  Unknown Pennsylvania State Trooper (Badge No. 12547) a/k/a "Jesse";

n.  Unknown Erie Police Officer (Badge No. 393);

o.  Unknown Erie Police Officer (Badge No. 350);

p.  Unknown Erie Police Officer (Badge No. 436); and

q.  Unknown Erie Police Officer (Badge No. Unknown) a/k/a "Russel" and/or "Russ."

2.  Further, Erie Police Officer/FBI TFO John Wilson was misidentified as Erie Police Officer/FBI TFO Jason Wilson, to which Plaintiff seeks to amend.

3.  Should this Honorable Court grant this Motion, the caption should now read:

LANCE THORNTON,

       Plaintiff,

v.

UNITED STATES OF AMERICA; CITY OF ERIE, PENNSYLVANIA d/b/a ERIE POLICE DEPARTMENT;     ERIE     POLICE OFFICER/USMS TFO STEVEN DELUCA; ERIE POLICE OFFICER/FBI TFO JASON RUSSELL; ERIE POLICE OFFICER JAKE SACK; ERIE POLICE OFFICER DONALD SORNBERGER;     ERIE     POLICE OFFICER/FBI    TFO    JOHN    WILSON; DEPUTY   U.S.   MARSHAL   STEPHEN BARNES; USMS  TFO  JESSE  BAYLE; USMS    TFO    MICHAEL    DAVIS; PENNSYLVANIA    STATE    TROOPER/ USMS  TFO  JESSE  KING; UNKNOWN USMS TFO (BAGDE NO. UNKNOWN) a/k/a "TFO  BAYLE"; UNKNOWN USMS TFO (BADGE NO. 5791); AND JOHN DOES 1-10,

       Defendants.

4.      Attorneys Samantha Stewart and Patrick Carey intended to stipulate to the within request under Rule 41(a)(1)(A)(ii); however, not all attorneys of record agreed to sign the Stipulation. Specifically, Attorney Tina Miller did not wish to sign a stipulation with Plaintiff's Motion for Reconsideration of the Court's Order on Motion for Extension of Time to Serve Attorney Miller's clients that is pending but does not object the dismissal of parties who provided affidavits of non-involvement.

Plaintiff respectfully requests this Honorable Court to enter the attached proposed order to dismiss the Defendants identified in paragraph 1 without prejudice and correct Erie Police Officer/FBI TFO John Wilson's name from Erie Police Officer/FBI TFO Jason Wilson.

Dated: February 5, 2025                         Respectfully submitted,

*/s/ Sara J. Watkins*
SARA J. WATKINS, ESQUIRE
PA ID NO.: 325770
ROBERT PEIRCE & ASSOCIATES, P.C.
437 Grant Street, Suite 1100
Pittsburgh, PA 15219
Tel: 412-281-7229
Email: swatkins@peircelaw.com

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was filed via the

Court's CM/ECF system on this February 5, 2026 and is available for download by all counsel of

record.

*/s/ Sara J. Watkins*
Sara J. Watkins, Esquire
*Counsel for Plaintiff*