**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LANCE THORNTON,                                        Case No.: 1:25-cv-65-SPB

        Plaintiff,

   v.

UNITED STATES OF AMERICA; CITY OF
ERIE, PENNSYLVANIA d/b/a ERIE
POLICE DEPARTMENT; ERIE POLICE
OFFICER ANTHONY ATTALLA; ERIE
POLICE OFFICER MIKE ATTALLA; ERIE
POLICE OFFICER NICK BERNATOWICZ;
ERIE POLICE OFFICER IRA BUSH; ERIE
POLICE OFFICER/USMS TFO STEVEN
DELUCA; ERIE POLICE OFFICER NICO
FIORAVANTI; ERIE POLICE OFFICER
HAYDEN FOLTZ; ERIE POLICE OFFICER/
USMS TFO RYAN ONDERKO; ERIE
POLICE OFFICER ARTHUR RHOADES;
ERIE COUNTY DETECTIVE/USMS TFO
MARK ROSENTHAL; ERIE POLICE
OFFICER/FBI TFO JASON RUSSELL; ERIE
POLICE OFFICER JAKE SACK; ERIE
POLICE OFFICER DAN SHIELDS; ERIE
POLICE OFFICER DONALD
SORNBERGER; ERIE POLICE OFFICER
STEVEN UPLINGER; ERIE POLICE
OFFICER JOSH VOGEL; ERIE POLICE
OFFICER/FBI TFO JASON WILSON;
DEPUTY U.S. MARSHAL STEPHEN
BARNES; USMS TFO JESSE BAYLE;
USMS TFO MICHAEL DAVIS;
PENNSYLVANIA STATE TROOPER/
USMS TFO JESSE KING; UNKNOWN ERIE
POLICE OFFICER (BADGE NO. 393);
UNKNOWN ERIE POLICE OFFICER
(BADGE NO. 350); UNKNOWN ERIE
POLICE OFFICER (BADGE NO.
UNKNOWN) a/k/a "RUSSEL" and/or
"RUSS"; UNKNOWN ERIE POLICE
OFFICER (BADGE NO. 436); UNKNOWN
USMS TFO (BAGDE NO. UNKNOWN) a/k/a
"TFO BAYLE"; UNKNOWN USMS TFO

(BADGE NO. 5791); UNKNOWN
PENNSYLVANIA STATE TROOPER
(BADGE NO. 12547) a/k/a "JESSE"; AND
JOHN DOES 1-10,

        Defendants.

## ORDER

AND NOW, this 6th day of February, 2026, upon review of Plaintiff's Motion for Dismissal as to Certain Defendants, ECF No. [45], it is hereby ORDERED:

1.     The following Defendants should be dismissed without prejudice from this action:

    a.     Erie Police Officer Ira Bush;

    b.     Erie Police Officer Josh Vogel;

    c.     Erie Police Officer Nick Bernatowicz;

    d.     Erie Police Officer Dan Shields;

    e.     Erie Police Officer Anthony Attalla;

    f.     Erie Police Officer Arthur Rhoades;

    g.     Erie Police Officer Steven Uplinger;

    h.     Erie Police Officer Mike Attalla;

    i.     Erie Police Officer Hayden Foltz;

    j.     Erie Police Officer Nico Fioravanti;

    k.     Erie County Detective/USMS TFO Mark Rosenthal;

    l.     Erie Police Officer/USMS TFO Ryan Onderko;

    m.     Unknown Pennsylvania State Trooper (Badge No. 12547) a/k/a "Jesse";

    n.     Unknown Erie Police Officer (Badge No. 393);

    o.     Unknown Erie Police Officer (Badge No. 350);

p.    Unknown Erie Police Officer (Badge No. 436); and

q.    Unknown Erie Police Officer (Badge No. Unknown) a/k/a "Russel" and/or "Russ."

2.    It is further ordered that Erie Police Officer/FBI TFO Jason Wilson shall be corrected to Erie Police Officer/FBI TFO John Wilson.

3.    The caption shall now read:

LANCE THORNTON,

    Plaintiff,

v.

UNITED STATES OF AMERICA; CITY OF ERIE, PENNSYLVANIA d/b/a ERIE POLICE DEPARTMENT; ERIE POLICE OFFICER/USMS TFO STEVEN DELUCA; ERIE POLICE OFFICER/FBI TFO JASON RUSSELL; ERIE POLICE OFFICER JAKE SACK; ERIE POLICE OFFICER DONALD SORNBERGER; ERIE POLICE OFFICER/FBI TFO JOHN WILSON; DEPUTY U.S. MARSHAL STEPHEN BARNES; USMS TFO JESSE BAYLE; USMS TFO MICHAEL DAVIS; PENNSYLVANIA STATE TROOPER/ USMS TFO JESSE KING; UNKNOWN USMS TFO (BAGDE NO. UNKNOWN) a/k/a "TFO BAYLE"; UNKNOWN USMS TFO (BADGE NO. 5791); AND JOHN DOES 1-10,

    Defendants.

The Clerk of Courts shall terminate these Defendants as parties to this action and remove them from the caption.

BY THE COURT:

SUSAN PARADISE BAXTER
United States District Judge